**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

HATEM SAIED,                                   :    No. 59 EAL 2022
                                               :
                        Petitioner             :
                                               :    Petition for Allowance of Appeal
                                               :    from the Order of the
            v.                                 :    Commonwealth Court
                                               :
                                               :
WORKERS' COMPENSATION APPEAL                   :
BOARD (MENZIES AVIATION GROUP                  :
(USA), INC.),                                  :
                                               :
                        Respondents            :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is

**DENIED**.